

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00451-CV

| | | |
|---|---|---|
| IN RE D.M.L., RELATOR | § | Original Proceeding |
| | § | From the 481st District Court |
| | § | of Denton County (21-6418-393) |
| | § | December 22, 2022 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by the relator, D.M.L. We conditionally grant the relator's petition and direct the respondent to vacate her October 20, 2022 "Order on Petitioner's Motion for Interim Attorney's Fees." Our writ will issue only if the respondent fails to comply.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack